**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:

Case No. 12-44891

Lavender, Marilyn

Chapter 13

Debtor(s)

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ **281.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee *

| $ | 70.25 | Check one | ☐ With the filing of the petition, or |
| | | | ☑ On or before ~~November 30, 2012~~ *ML* Dec 13 2012 |

$    70.25    on or before ~~December 30, 2012~~ *ML* Jan 12, 2013

$    70.25    on or before ~~January 30, 2012~~ *ML* Feb 11 2013

$    70.25    on or before ~~February 29, 2012~~ *ML* march 13 2013

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

X _Marilyn Lavender_    11/13/12

Signature of Attorney                    Date    Signature of Debtor                    Date
                                        (In a joint case, both spouses must sign.)

Name of Attorney                         Signature of Joint Debtor (if any)                    Date

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); (3) if rules and guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept money or any other property from the debtor before the filing fee is paid in full.

**Crystal Neal**                         **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**

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

**3210 Mallard Cove Ln**
**Fort Wayne, IN 46804**
Address

_Crystal Neal_                          **November 13, 2012**

Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FILED
NOV 13 2012
KENNETH S. GARDNER, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
PS REP. - MBM

B3A (Official Form 3A) (12/07) - Cont.

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                          Case No. 12-44891

Lavender, Marilyn                                              Chapter 13

                                    Debtor(s)

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____        Check one        ☐ With the filing of the petition, or
                                        ☐ On or before _____

$ _____        on or before _____
$ _____        on or before _____
$ _____        on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

Date: NOV 1 3 2012

_United States Bankruptcy Judge_

© 1993-2011 EZ-Filing, Inc [1 800 998 2424]  Forms Software Only